No. 149. JOHNSON ET AL. *v.* CHESAPEAKE & OHIO RAILWAY CO. C. A. 4th Cir. Certiorari denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *R. Arthur Jett* for petitioners. *Horace L. Walker* and *Hewitt Biaett* for respondent.

No. 153. HOPE BASKET CO. ET AL. *v.* PRODUCT ADVANCEMENT CORP. ET AL.; and .

No. 216. DELPHI FROSTED FOODS CORP. *v.* ILLINOIS CENTRAL RAILROAD CO. Petitions for writs of certiorari to the United States Court of Appeals for the Sixth Circuit denied for the reason that applications therefor were not made within the time provided by law. 28 U. S. C. § 2101 (c). *Herbert H. Porter* and *Edwin T. Bean* for petitioners in No. 153. *Charles Garfinkel* for petitioner in No. 216. *Lloyd C. Root* and *Frank E. Liverance, Jr.* for respondents in No. 153. *James G. Wheeler* for respondent in No. 216.

No. 177. HARTMAIER ET AL. *v.* LONG ET AL. Supreme Court of Missouri. Certiorari denied. *Roger C. Slaughter* for petitioners. *Herman M. Langworthy* for respondents.